# First District Court of Appeal
## State of Florida

———————————————————

No. 1D2024-2574

———————————————————

CEDRICK S. BARRINER,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

———————————————————

Petition for Writ of Habeas Corpus—Original Proceeding.

June 11, 2025

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

KELSEY, TANENBAUM, and LONG, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Cedrick S. Barriner, pro se, Petitioner.

No appearance for Respondent.